**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00127-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE REYES-MONTOYA
a/k/a Jose Gregorio-Montolla,

    Defendant.

---

**ORDER SETTING CHANGE OF PLEA HEARING**

---

Pursuant to the Notice of Disposition (Doc. # 11), a Change of Plea hearing is set for **May 18, 2009 at 10:30 a.m.** in Courtroom A602 of the Arraj Courthouse**.**  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than **noon on May 14, 2009**.  <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  Defense counsel is responsible for coordinating with the interpreter to ensure that both the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty are translated, in writing, furnished to defendant and signed by defendant in advance of the change of plea hearing. The original and one copy of these documents should be delivered to the courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR

11.1F).  It is

    FURTHER ORDERED that the Trial Preparation Conference set for May 22, 2009, at 9:00 a.m. and two-day Jury trial set for June 1, 2009 are hereby VACATED.

    DATED: April 30, 2009

                                BY THE COURT:

                                _____
                                CHRISTINE M. ARGUELLO
                                United States District Judge